**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

**OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**
Thomas M. Madruga – SBN 160421
tmadruga@omlolaw.com
Daniel Lee – SBN 236811
dlee@omlolaw.com
500 South Grand Avenue – 12th Floor
Los Angeles, CA 90071
Tel: (213) 744-0099
Fax: (213) 744-0093

Attorneys for Defendants,
CITY OF EL MONTE, RENE FLORES
and ERIK RAMOS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO FLORES HUICOCHEA and NOEMI CALDERON, individually and as successors in interest to Francisco Flores, deceased,<br><br>             Plaintiffs,<br><br>    vs.<br><br>CITY OF EL MONTE; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 2:22-cv-00350-HDV-KS<br><br>[*Honorable Hernán D. Vera*]<br><br>**JOINT STATUS REPORT RE: SETTLEMENT AND STIPULATION TO CONTINUE THE STATUS CONFERENCE RE. SETTLEMENT; [PROPOSED] ORDER** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**

By and through their counsel of record in this action, Plaintiffs FRANCISCO FLORES HUICOCHEA and NOEMI CALDERON ("Plaintiffs") and Defendants CITY OF EL MONTE ("Defendant") (together called "the parties"), hereby present this Joint Status Report re. Settlement and Stipulation to Continue the Status Conference re. Settlement (Doc. 61):

The parties apologize for the late filing of this status report. On July 11, 2023, the parties filed their Joint Notice of Conditional Settlement, indicating that the case settled in its entirely, subject to City Council and third-party administrative approval, with anticipation that the settlement would be fully consummated within 90 days thereafter. (Doc. 59.)

The City Council and the third party have approved of the settlement, and Defendants have requested the check from their carrier. Unfortunately, the carrier made an error in making out the check. Today, Plaintiff's counsel received confirmation from their client trust account provider that they would accept the check as is. Thus, Defendants are in the process of expeditiously sending Plaintiff's counsel the check as is, so as to not waste any additional time in having to reprocess the check.

Defendants anticipate that the settlement check will be mailed to Plaintiffs' counsel by Friday, October 20, 2023. Within seven (7) days of Plaintiffs' counsel's receipt of the check, the parties will file the appropriate dismissal of the case.

The Court set a Status Conference Re. Settlement for October 19, 2023, at 10:00 a.m. to update the Court as to why the case is not yet dismissed.

The parties are working diligently to fully consummate the settlement and dismiss this matter as soon as possible. Given the status of settlement, the parties jointly request that the Court continue the Status Conference Re. Settlement date.

Further, Plaintiffs anticipated that the settlement check would be delivered

1  prior to the status conference allowing the parties to file the dismissal, which
2  would automatically vacate the conference. Plaintiffs' counsel has a calendar
3  conflict tomorrow, October 19, 2023, including both a pretrial conference and
4  hearing on motions *in limine* in the matter *Glover v. City of Los Angeles, et al.*,
5  Case No. 2:21−cv−09915−FWS (ASx) scheduled for 8:30 a.m., before District
6  Court Judge Fred W. Slaughter in the Santa Ana Courthouse.

7  　　Therefore, the parties stipulate to continue the Status Conference Re.
8  Settlement to November 9, 2023, at 10:00 a.m. at which time the parties, by and
9  through their attorneys of record shall update the Court as to why this case is not
10  yet dismissed. If this case is dismissed prior to this hearing, the hearing will be
11  automatically vacated, and no appearance shall be required.

12  　　Alternatively, if the Court orders the parties to proceed with the Status
13  Conference Re. Settlement on October 19, 2023, at 10:00 a.m., the parties
14  stipulate to, and Plaintiffs' counsel respectfully requests that, Plaintiffs' counsel
15  be permitted to appear remotely via Zoom.

16  　　**IT IS SO STIPULATED.**

17

18  Respectfully Submitted,

19  DATED:  October 18, 2023        **LAW OFFICES OF DALE K. GALIPO**

20                                  By:   /s/    Marcel F. Sincich
21                                  Dale K. Galipo, Esq.
                                    Marcel F. Sincich, Esq.
22                                  *Attorney for Plaintiffs*

23  DATED:  October 18, 2023        **OLIVAREZ MADRUGA LAW**
                                    **ORGANIZATION, LLP**
24

25
                                    By:   /s/    Daniel Lee
26                                  Daniel Lee
                                    Attorneys for Defendants, CITY OF EL
27                                  MONTE, RENE FLORES
                                    and ERIK RAMOS
28