| | |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO**<br>Dale K. Galipo, Esq. (SBN 144074) |
| 2 | dalekgalipo@yahoo.com<br>Marcel F. Sincich, Esq. (SBN 319508) |
| 3 | msincich@galipolaw.com<br>21800 Burbank Boulevard, Suite 310 |
| 4 | Woodland Hills, CA 91367<br>Phone: (818) 347-3333 |
| 5 | Fax: (818) 347-4118 |
| 6 | *Attorneys for Plaintiffs* |
| 7 | **OLIVAREZ MADRUGA LAW ORGANIZATION, LLP** |
| 8 | Thomas M. Madruga – SBN 160421<br>tmadruga@omlolaw.com |
| 9 | Daniel Lee – SBN 236811<br>dlee@omlolaw.com |
| 10 | 500 South Grand Avenue – 12th Floor<br>Los Angeles, CA 90071 |
| 11 | Tel: (213) 744-0099<br>Fax: (213) 744-0093 |
| 12 | Attorneys for Defendants, |
| 13 | CITY OF EL MONTE, RENE FLORES<br>and ERIK RAMOS |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO FLORES HUICOCHEA and NOEMI CALDERON, individually and as successors in interest to Francisco Flores, deceased,<br><br>             Plaintiffs,<br><br>     vs.<br><br>CITY OF EL MONTE; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 2:22-cv-00350-HDV-KS<br><br>[*Honorable Hernán D. Vera*]<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

1

Case No.: 2:22-cv-00350-HDV-KS

STIPULATION FOR DISMISSAL

**TO THE HONORABLE COURT:**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal of the above-captioned action. Each side is to bear its own attorney's fees and costs incurred in this matter.

  Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully Submitted,

DATED: October 19, 2023     **LAW OFFICES OF DALE K. GALIPO**

By: /s/     Marcel F. Sincich
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorney for Plaintiffs*

DATED: October 19, 2023     **OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**

By: /s/     Daniel Lee
Daniel Lee
Attorneys for Defendants, CITY OF EL MONTE, RENE FLORES and ERIK RAMOS