1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FLORES HUICOCHEA and NOEMI CALDERON, individually and as successors in interest to Francisco Flores, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EL MONTE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00350-HDV-KS<br><br>[*Honorable Hernán D. Vera*]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case has ended and is hereby dismissed. Each side shall bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED**.

Dated: _____

                                        Hon. Hernán D. Vera
                                        United States District Court