1
2
3
4
5
6
7
8
9
10
11
12
13
14

link 63

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| FRANCISCO FLORES HUICOCHEA and NOEMI CALDERON, individually and as successors in interest to Francisco Flores, deceased,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CITY OF EL MONTE; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:22-cv-00350-HDV-KS<br><br>[*Honorable Hernán D. Vera*]<br><br>**[~~PROPOSED~~] ORDER RE: JOINT STATUS REPORT RE: SETTLEMENT AND STIPULATION TO CONTINUE THE STATUS CONFERENCE RE. SETTLEMENT** |

**TO ALL PARTIES AND COUNSEL:**

Having reviewed the parties' Joint Status Report re. Settlement and Stipulation to Continue the Status Conference Re. Settlement, and good cause appearing therein, it is hereby ordered as follows:

1. The Status Conference Re. Settlement set for October 19, 2023, at 10:00 a.m. is hereby vacated.
2. The Court sets a Status Conference Re. Settlement for November 9, 2023, at 10:00 a.m. at which time the parties, by and through their attorneys of record shall update the Court as to why this case is not yet dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated, and no appearance shall be required.
3. Plaintiffs' counsel may appear at the status conference remotely via Zoom.

Dated: 10/19/23

Hon. Hernán D. Vera
United States District Court