link 64

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FLORES HUICOCHEA and NOEMI CALDERON, individually and as successors in interest to Francisco Flores, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EL MONTE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00350-HDV-KS<br><br>[*Honorable Hernán D. Vera*]<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL |

[PROPOSED] ORDER

1 [PROPOSED] ORDER

2  Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the
3 Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case has
4 ended and is hereby dismissed. Each side shall bear its own attorney's fees and
5 costs incurred in this matter.

6

7 **IT IS SO ORDERED**.

8

9  Dated: 10/23/23

10                                                                  Hon. Hernán D. Vera
                                                                    United States District Court